USDC SCAN INDEX SHEET










SUI   10/12/99  13:26
3:99-CV-02164   USA V. MARINO
*1*
*CMP.*

ORIGINAL

1  GREGORY A. VEGA
   United States Attorney
2  STEPHEN J. SEGRETO
   Assistant U.S. Attorney
3  California Bar No. 179618
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5682

6  Attorneys For The United States

FILED
99 OCT -8 AM 9:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

unsealed 10-13-99
TW for JM

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO MARINO; GLORIA MARINO; GREGORY MARINO; JOHN MARINO; KATHLEEN MARINO all d/b/a FRONT PAGE ART, INC.; WAYNE BRAY d/b/a SPORTS AND CELEBRITY AUTOGRAPH AUTHENTICATION and W.W. SPORTSCARDS; and STANLEY FITZGERALD d/b/a STAN THE MAN MEMORABILIA and STAN'S SPORTS MEMORABILIA,<br><br>Defendants. | Case No. 99 CV 2164 JM<br><br>**FILED UNDER SEAL**<br><br>COMPLAINT OF THE UNITED STATES PURSUANT TO 18 U.S.C. § 1345 FOR RESTRAINING ORDER, PRELIMINARY AND PERMANENT INJUNCTION, AND SEIZURE AND FORFEITURE OF CERTAIN PROCEEDS TRACEABLE TO A CONTINUING FRAUD SCHEME |

COMES NOW the United States of America ("United States"), by and through its undersigned attorneys, and for its complaint against the defendants alleges as follows:

### JURISDICTION

1. This is a civil action brought by the United States against defendants Angelo Marino, Gloria Marino, Gregory Marino, John Marino, Kathleen Marino all d/b/a Front Page Art, Inc.; Wayne Bray d/b/a Sport and Celebrity Autograph Authentication and W.W. Sportscards; and Stanley Fitzgerald d/b/a Stan The Man Memorabilia and Stan's Sports Memorabilia pursuant to the fraud injunction statute, 18 U.S.C. § 1345, and the inherent equitable jurisdiction of the court, to enjoin an on-going fraudulent



1

sports and celebrity memorabilia and collectibles wire fraud scheme and to seize and ultimately forfeit to the United States certain identified proceeds directly traceable to the scheme. The court has jurisdiction over this action pursuant to 28 U.S.C. § 1345.

## VENUE

2. Venue lies in this district pursuant to 18 U.S.C. § 1345(a)(1) and 28 U.S.C. § 1391(b)(2) as the judicial district in which a substantial part of the events or the omissions giving rise to the action occurred.

## PARTIES

3. Plaintiff is the United States on behalf of itself and consumers of sports and celebrity memorabilia and collectibles.

4. Defendant Angelo Marino is a citizen of the United States and the State of California and resides in this judicial district. Defendant Angelo Marino and the Marino family do business as Front Page Art, Inc.

6. Defendant Gloria Marino is a citizen of the United States and the State of California and resides in this judicial district. Defendant Gloria Marino is the wife of Angelo Marino.

7. Defendant Gregory Marino is a citizen of the United States and the State of California and resides in this judicial district. Defendant Gregory Marino is the son of Angelo and Gloria Marino.

8. Defendant John Marino is a citizen of the United States and the State of California and resides in this judicial district. Defendant John Marino is the son of Angelo and Gloria Marino.

9. Defendant Kathleen Marino is a citizen of the United States and the State of California and resides in this judicial district. Defendant Kathleen Marino is the wife of Gregory Marino.

10. Defendant Wayne Bray is a citizen of the United States and the State of California and resides in this judicial district. Defendant Wayne Bray does business as Sport and Celebrity Autograph Authentication and W.W. Sportscards.

11. Defendant Stanley Fitzgerald is a citizen of the United States and the State of New Jersey and resides within the judicial district for the District of New Jersey. Defendant Stanley Fitzgerald does business as Stan the Man Sports Memorabilia and Stan's Sports Memorabilia.

//

## GENERAL ALLEGATIONS

12. The sale of sports and celebrity memorabilia and collectibles is a $750 million dollar a year industry in the United States alone. The industry includes the buying, selling and trading of an almost endless variety of sports and celebrity related items, including photographs, baseballs, footballs, baseball bats, game jerseys and similar items. Purchasers pay a premium for memorabilia which contains the autograph of sports or celebrity figure(s), with the rarity of the signature(s) and the type of item determining market value. Many rarer items, such as a Babe Ruth autographed baseball, are worth thousands of dollars.

13. The sports and celebrity memorabilia and collectibles industry is plagued by a large number of false and fraudulent items. Industry experts estimate that as much as 50 percent, or perhaps more, of all autographed sports and celebrity memorabilia in the marketplace may contain fraudulent signatures. In order to assure buyers that the items they are purchasing are genuine, many autographed sports and celebrity memorabilia items come with a document known as a "Certificate of Authenticity" ("COA"). A COA is a document which warrants that, in the opinion of the authenticator, the particular item to which the COA refers is genuine.

## THE FRAUDULENT SCHEME

14. Defendants are engaged in an on-going, wide-ranging and commercially successful wire fraud scheme to defraud the public through the sale of false and fraudulent items of sports and celebrity memorabilia.

15. Defendants Angelo Marino, Gloria Marino, Gregory Marino, John Marino, and Kathleen Marino (collectively, "the Marino defendants") purchase or otherwise procure sports and celebrity-related items. These items constitute the raw materials of the defendants' scheme to defraud. These items generally are brought to the house of Angelo Marino and Gloria Marino located at 2422 Smokewood Place in Escondido, California for the addition of false and fraudulent signatures on the items.

16. The Marino defendants have a so-called "black book" of representations of authentic signatures of famous sports figures and celebrities. The Marino defendants, especially Gregory Marino, use the black book in order to fraudulently place signatures on the items of sports and celebrity

memorabilia. The Marino defendants use various techniques, such as the "dipping" of baseballs, in order to deceive victims and to make the items appear to be the appropriate age.

17. Each of the Marino defendants assist in the production of false and fraudulent sports and celebrity memorabilia in some way. Defendant Angelo Marino has primary responsibility for organizing the fraud scheme and distribution of the fraudulent items. Defendant Gloria Marino sets prices and handles cash flow. Defendant Gregory Marino is primarily responsible for the falsification of signatures. Defendant John Marino procures the raw materials for the scheme and assists in the distribution of fraudulent items. Defendant Kathleen Marino preps the items for fraudulent signatures and takes orders.

18. In order to deceive victims, the items falsified by the Marinos are given phony certificates of authenticity by, among others, Defendant Wayne Bray, doing business as Sport and Celebrity Autograph Authentication.

19. The sports and celebrity memorabilia falsified by the Marino defendants are sold to a number of primary distributors, each of which have knowledge of the fraudulent nature of the items. One of the largest primary distributors of the Marinos' false and fraudulent memorabilia is Defendant Stanley Fitzgerald.

20. Defendant Fitzgerald sells the Marino defendants' fraudulent memorabilia to victims through his entities known as "Stan's Sports Memorabilia" and "Stan The Man Sports Memorabilia."

21. The Marino defendants' scheme is a fraudulent enterprise. The Marino defendants use account number 130009636 at Palomar Savings and Loan, 355 West Grand Avenue, Escondido, to hold proceeds directly traceable to the scheme.

22. The Marino defendants keep large amounts of cash proceeds directly traceable to their fraudulent scheme located at their residence, 2422 Smokewood Place, Escondido, California. The Marino defendants have no known present legitimate source of income.

## CAUSE OF ACTION

### Fraud Injunction Statute

### 18 U.S.C § 1345

23. Paragraphs 1 through 22 of this complaint are hereby realleged and incorporated as though set forth in full herein.

## Scheme to Defraud

24. Beginning on or about a date unknown, but prior to June, 1995, and continuing to the present, within the Southern District of California and elsewhere, the defendants, and others known and unknown, knowingly devised and intended to devise a scheme and artifice to defraud victims residing within the Southern District of California and elsewhere, and to obtain money from said victims by means of false and fraudulent pretenses, representations and promises, as described in the foregoing paragraphs.

## Manner and Means of the Scheme to Defraud

25. Among the manner and means used by the defendants to execute the scheme to defraud was the use of telephone calls and facsimile transmissions either originating, terminating or originating and terminating from locations within the Southern District of California.

## Use of the Wires to Execute Scheme to Defraud

26. On or about the dates set forth below, within the Southern District of California and elsewhere, defendants, for the purpose of executing the aforesaid scheme and artifice to defraud, and attempting to do so, knowingly transmitted and caused to be transmitted by means of wire communications in interstate and foreign commerce signals and sounds, that is, voice or facsimile communications, at or about the locations set forth below:

| Date | From | To |
|---|---|---|
| January 26, 1999 | Wayne Bray<br>San Diego, CA | John Marino<br>Escondido, CA |
| February 10, 1999 | Kathleen Marino<br>Escondido, CA | Wayne Bray<br>San Diego, CA |
| February 17, 1999 | Gloria Marino<br>Escondido, CA | Gregory Marino<br>Escondido, CA |
| February 25, 1999 | Gregory Marino<br>Escondido, CA | Angelo Marino<br>Escondido, CA |
| September 2, 1999 | Stanley Fitzgerald<br>Caldwell, NJ | Wayne Bray<br>San Diego, CA |

all in violation of 18 U.S.C. § 1343.

31. Defendants' scheme to defraud is continuing.

## PRAYER FOR RELIEF

WHEREFORE, the United States requests the following relief against the defendants:

(a) That the Court issue a temporary restraining order, followed by a preliminary and then permanent injunction, enjoining Defendants Angelo Marino, Gloria Marino, Gregory Marino, John Marino and Kathleen Marino, all d/b/a/ Front Page Art, Inc., Wayne Bray d/b/a W.W. Sportscards and Sports and Celebrity Autograph Authentication from the production, authentication, distribution, transfer, sale or other disposition of any and all sports and celebrity memorabilia and collectibles;

(b) That the Court issue a temporary restraining order, followed by a preliminary and then permanent injunction, enjoining Defendant Stanley Fitzgerald d/b/a Stan The Man Memorabilia and Stan's Sports Memorabilia from the sale, distribution, transfer, or other disposition of any and all sports and celebrity memorabilia either 1) certified by Sport and Celebrity Autograph Authentication; or 2) obtained directly or indirectly from any of the remaining defendants listed in this action, or both; and

(c) That the Court authorize the seizure and ultimate forfeiture to the United States of bank account 130009636 at Palomar Savings and Loan, 355 West Grand Avenue, Escondido and all cash found at 2422 Smokewood Place, Escondido, California during the execution of a search warrant at such property by the United States on or about October 13, 1999; and

(d) All other and further relief as the Court may deem just and equitable.

THE UNITED STATES OF AMERICA

GREGORY A. VEGA
United States Attorney

*[signature]*
STEPHEN J. SEGRETO
Assistant U.S. Attorney

Dated: October 8, 1999

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
ANGELO MARINO, et al.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
STEPHEN J. SEGRETO
Assistant U.S. Attorney
880 Front St., Rm. 6293
San Diego, CA 92101
Tel. 619/557-5682

**ATTORNEYS (IF KNOWN)**
'99 CV 2164 JM

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Fraud Injunction Statute, 18 U.S.C. Sec. 1345

FILED OCT -8 AM 9:51

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 610 Agriculture | 422 Appeal 28 USC 158 | 400 State Reapportionment |
| 120 Marine | 310 Airplane | 362 Personal Injury — Med Malpractice | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 | 410 Antitrust |
| 130 Miller Act | 315 Airplane Product Liability | 365 Personal Injury — Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | | 430 Banks and Banking |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 630 Liquor Laws | **PROPERTY RIGHTS** | 450 Commerce/ICC Rates/etc |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | 640 R.R. & Truck | 820 Copyrights | 460 Deportation |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 650 Airline Regs | 830 Patent | 470 Racketeer Influenced and Corrupt Organizations |
| 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 345 Marine Product Liability | 370 Other Fraud | 660 Occupational Safety/Health | 840 Trademark | 810 Selective Service |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 371 Truth in Lending | 690 Other | **SOCIAL SECURITY** | 850 Securities/Commodities/Exchange |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | **LABOR** | 861 HIA (1395ff) | 875 Customer Challenge 12 USC 3410 |
| 190 Other Contract | 360 Other Personal Injury | 385 Property Damage Product Liability | 710 Fair Labor Standards Act | 862 Black Lung (923) | 891 Agricultural Acts |
| 195 Contract Product Liability | | | 720 Labor/Mgmt Relations | 863 DIWC/DIWW (405(g)) | 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt Reporting & Disclosure Act | 864 SSID Title XVI | 893 Environmental Matters |
| 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence | 740 Railway Labor Act | 865 RSI (405(g)) | 894 Energy Allocation Act |
| 220 Foreclosure | 442 Employment | Habeas Corpus: | 790 Other Labor Litigation | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 530 General | 791 Empl. Ret. Inc. Security Act | 870 Taxes (U.S. Plaintiff or Defendant) | 900 Appeal of Fee Determination Under Equal Access to Justice |
| 240 Torts to Land | 444 Welfare | 535 Death Penalty | | 871 IRS — Third Party 26 USC 7609 | 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | 440 Other Civil Rights | 540 Mandamus & Other | | | [X] 890 Other Statutory Actions |
| 290 All Other Real Property | | 550 Other | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
**DEMAND $**
Check YES only if demanded in complaint:
**JURY DEMAND:** [ ] YES [ ] NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 10.8.99
SIGNATURE OF ATTORNEY OF RECORD [signature]

UNITED STATES DISTRICT COURT

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I. (a) Plaintiffs - Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

(c) Attorneys. Enter firm name, address, telephone number, and attorney or record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II. Jurisdiction.** The basis of jurisdiction is set forth under Rule 8 (a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an X in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III. Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV. Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

**V. Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**VI. Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

**VII. Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII. Related Cases.** This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

(rev. 07/89)