USDC SCAN INDEX SHEET










ANDY    10/25/99    9:04
3:99-CV-02164   USA V. MARINO
*16*
*DECL.*

GREGORY A. VEGA
United States Attorney
STEPHEN J. SEGRETO
Assistant U.S. Attorney
California Bar No. 179618
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5682

Attorneys For The United States

FILED

OCT 22 1999

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANGELO MARINO; GLORIA MARINO; GREGORY MARINO; JOHN MARINO; KATHLEEN MARINO all d/b/a FRONT PAGE ART, INC.; WAYNE BRAY d/b/a SPORTS AND CELEBRITY AUTOGRAPH AUTHENTICATION and W.W. SPORTSCARDS; and STANLEY FITZGERALD d/b/a STAN THE MAN MEMORABILIA and STAN'S SPORTS MEMORABILIA,<br><br>    Defendants. | Case No. 99-CV-2164-JM (RBB)<br><br>DECLARATION OF SPECIAL AGENT JACOB H. GREGORY REGARDING SERVICE OF THE TEMPORARY RESTRAINING ORDER AND RELATED PAPERS |

I, JACOB H. GREGORY, do hereby declare as follows:

1. I am a Special Agent of the Federal Bureau of Investigation.

2. On October 13, 1999, I personally served Defendant Gregory Marino with the Temporary Restraining Order, Complaint, Ex Parte Motion of the United States For Temporary Restraining Order Pursuant to 18 U.S.C. § 1345 and all other documents filed by the United States in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 20th day of October, 1999, at San Diego, California.

JACOB H. GREGORY
Special Agent, Federal Bureau of Investigation